

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2021

No. 04-21-00073-CV

St. Mary's **HALL**, Inc.,
Appellant

v.

Gabriella **GARCIA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11569
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

After we granted Appellee's first motion for an extension of time to file the brief, we set it due on June 21, 2021.  *See* TEX. R. APP. P. 38.6(b).  Before the once-extended due date, Appellee filed an unopposed second motion for a thirty-day extension of time to file the brief, until July 21, 2021.  *See id.* R. 10.5(b).

Appellee's motion is GRANTED.  Appellee's brief is due on July 21, 2021.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2021.

MICHAEL A. CRUZ, Clerk of Court